any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 408 Fed. Appx. 707.

## No. 10-10941. Thelma Williams, Petitioner v. Correctional Officer Moore.

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6467.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

## No. 10-10964. Julian Rochester, Petitioner v. South Carolina, et al.

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6397.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

## No. 10-10979. Adrian Marion Smith, Petitioner v. John McCall, Warden, et al.

565 U.S. 804, 132 S. Ct. 376, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6576.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 442 Fed. Appx. 20.

## No. 10-11047. Cleveland McLean, Jr., Petitioner v. United States.

565 U.S. 805, 132 S. Ct. 377, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6466.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 425 Fed. Appx. 222.

## No. 10-11056. Lee Andrew Taylor, Petitioner v. Texas.

565 U.S. 805, 132 S. Ct. 377, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6502.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed as moot.

## No. 10-11159. Louis David Johnson, Jr., Petitioner v. Chad Charles, et al.

565 U.S. 805, 132 S. Ct. 378, 181 L. Ed. 2d 5, 2011 U.S. LEXIS 6557.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner

unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-11170. Adrian Marion Smith, Petitioner v. Bridgestone North America Tire Operations LLC, et al.**

565 U.S. 805, 132 S. Ct. 378, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6371.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 420 Fed. Appx. 300.

**No. 10-11235. Harold H. Hodge, Jr., Petitioner v. Board of County Commissioners, et al.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6241.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 414 Fed. Appx. 567.

**No. 10-11244. Jason David Cooper, Petitioner v. Georgia.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6360.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Georgia dismissed. See Rule 39.8.

**No. 10-11275. Bobby E. Hazel, Petitioner v. Eric D. Wilson, Warden.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6580.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-11279. Mars L. Gore, Petitioner v. United States District Court for the Southern District of Florida.**

565 U.S. 806, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6326.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 11-5001. Humberto Leal Garcia, aka Humberto Leal, Petitioner v. Texas.**

565 U.S. 806, 133 S. Ct. 21, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6245.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed as moot.